UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANCISCA MORALEZ,

    Plaintiff,

  v.

HAMBRICK'S GIANT BURGERS, et al.,

    Defendants.

Case No. 15-cv-05292-HSG

**ORDER TO SHOW CAUSE**

On November 18, 2015, Plaintiff Francisca Moralez filed this action against Defendants Hambrick's Giant Burgers, Hahn Family Trust[1], and Kay's Trans Holding, Inc., alleging violation of the Americans with Disabilities Act ("ADA"), California Civil Code §§ 51 and 52, and the California Disabled Persons Act. Dkt. No. 1. On November 19, 2015, the Court entered the standard scheduling order for cases asserting denial of right of access under the ADA. Dkt. No. 3. Under the scheduling order, the last day for Plaintiff to file a "Notice of Need for Mediation" was April 13, 2016. *Id.* Plaintiff has failed to file any notice.

Accordingly, Plaintiff is ORDERED to show cause why she did not file a "Notice of Need for Mediation" by the Court's deadline of April 13, 2016. Plaintiff must file a short statement of no more than two pages explaining the status of this action within three days of this Order.

**IT IS SO ORDERED.**

Dated: 5/6/2016

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge

---

[1] Plaintiff voluntarily dismissed without prejudice Defendant Hahn Family Trust on January 1, 2016. Dkt. no. 8.